# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT TUTTLE, on his own behalf and others similarly situated,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1515-Orl-28KRS**

**LDP, LLC, d/b/a SAND ON THE BEACH,**

      **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 23) filed March 15, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.　　That the Report and Recommendation filed March 22, 2011 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 23) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. Counsel for Plaintiffs Tuttle and Robinson is prohibited from withholding any portion of the $1,025.00 payable to Tuttle and Robinson under the settlement agreement. Further, counsel for Plaintiffs shall provide a copy of this Order to his clients.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. This case is dismissed with prejudice.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20th___ day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge